STATE of Missouri, Respondent,

v.

**Darrin M. SUTTON, Appellant.**

**Darrin M. SUTTON, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 68602, 71805.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 25, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### *ORDER*

PER CURIAM.

Defendant appeals after sentencing on charges of burglary second degree, Section 569.170 RSMo 1994, and stealing under $150, Section 570.030 RSMo 1994. He also appeals denial of Rule 29.15 relief after an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 30.25(b) and 84.16(b).